Guy Gillen, as County Judge and James H. Bunch, Plaintiffs in Error, v. The State of Florida *ex rel.* High Springs Bank, a Corporation, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Columbia.

Writ of Error dismissed on motion of the Plaintiffs in Error.

*Guy Gillen* and *James H. Bunch,* for Plaintiffs in Error.

---

Andrew J. Miller, Appellant, v. Annie E. Miller, Appellee.

An Appeal from the Circuit Court for the County of Escambia.

Appeal dismissed on motion of counsel for Appellant.

*J. McHenry Jones,* for Appellant.